## PAYMENT SCHEDULE FOR COURT-ORDERED MONETARY PENALTIES

Name:      Oscar L Chambers                          Docket #:   1:02CR00166

Address:   1020 Chapel Street                        Judge:      The Honorable Sandra S. Beckwith

           Cincinnati, Ohio 45206

You have been ordered by the United States District Court to pay a special assessment of $ __100__, restitution of $ __0__, and/or a fine of $ __0__, as a condition of your supervision (probation, parole, or supervised release).

**Probation Officer's Recommendation:**

It is the recommendation of the Probation Officer that the court order a payment schedule in the amount of $ __25 a month__, commencing __07-15-05__. This is based on the following analysis of your ability to pay:

Mr. Chambers is able to pay up to $25 a month towards his special assessment.

_____       __June 15, 2005__
U. S. Probation Officer                Date

**Order of the Court:** The Court orders minimum monthly payments of $ __25.00__ to commence on __7/15/05__ and to continue until the debt is satisfied or the Court alters the payment schedule.

_____       __6/15/05__
Signature of Judicial Officer          Date

**Instructions to offender:** Payments must be in the form of a Money Order, Certified Check or Cashier's Check. **Personal checks will not be accepted.** The check or money order must be made payable to: Clerk, U.S. District Court. Please reference the docket # listed above on the check or money order. Submit the payment directly to the Clerk of Courts at:

United States Clerk of Courts
324 Potter Stewart U. S. Courthouse
100 E. Fifth Street
Cincinnati, Ohio 45202

Note: Your restitution/fine bears or does not bear (strike one) interest. There could be additional monetary penalties for payments that come past due as outlined in the attached General Instructions Regarding Special Assessments, Restitution and Fines for Persons Under Supervision. I agree to make payments as outlined above. I understand that failure to abide by this agreement could result in revocation of my supervision and other penalties. If for any reason I am unable to make a scheduled payment, I will contact my Probation Officer immediately to advise. I hereby acknowledge that I have received a copy of this schedule and agreement.

X __Oscar Chambers__                   X __7-12-05__
Defendant                              Date

__David J. Bachman__                   __7-12-05__
U.S. Probation Officer                 Date

Original: Probation file
Copies: Defendant, ~~Clerk of Court~~, US Attorney office, FLU

FILED JAMES BONINI CLERK 05 JUL 13 PM