PROB 12A
(12/98)

# United States District Court

## for

## Southern District of Ohio

### Report on Offender Under Supervision

FILED
JAMES BONINI
CLERK

07 FEB 14 PM 4: 04

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

Name of Offender: **Oscar L Chambers**                                            Case Number: **1:02CR00166**

Name of Sentencing Judicial Officer:     **The Honorable Sandra S. Beckwith**
**Chief United States District Judge**

Date of Original Sentence: **November 19, 2003**

Original Offense: **Possession of a Firearm by a Convicted Felon, a violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).**

Original Sentence: **37 month(s) prison, 36 month(s) supervised release**

**Special Conditions:**
1. Obey all federal, state, and local laws.
2. No firearms or other dangerous weapons.
3. No controlled substances.
4. One drug test within 15 days of release from incarceration and at least two periodic drug tests thereafter.
5. Participate in substance abuse treatment.
6. Take all prescribed medications as directed by prescribing health care provider.
7. Pay $100 special assessment immediately.

Type of Supervision: **Supervised Release**            Date Supervision Commenced: **June 7, 2005**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | Reference is made to the Probation Form 12 A dated October 18, 2006, in which Chambers was cited for alleged violation of the mandatory and special condition of supervised release which states: "The defendant shall not commit another federal, state, or local crime." |

On November 8, 2006, the offender appeared in the Hamilton County Municipal Court on the charge of Disorderly Conduct, under Docket #:06CRB38857. Chambers pled no contest and was found guilty. He was sentenced to one day of imprisonment in the custody of the Hamilton County Justice Center-one day jail time credited. No fine was assessed and court costs were remitted.

PROB 12A
(12/98)

2

U.S. Probation Officer Action:

Mr. Chambers has remained in close contact with his case manager at the Central Community Health Board in Cincinnati, Ohio. He continues to participate in medication monitoring and in mental health and psychiatric treatment at that agency. He has maintained compliance with all other conditions of his supervised release. Thus, the undersigned probation officer is respectfully recommending that no action be taken against Chambers for the above charge which was disposed of on November 8, 2006.

Respectfully submitted,                    Approved,

by  *David J. Backman*  by               *John Cole*

David Backman                              John Cole
U. S. Probation Officer                    Supervising U. S. Probation Officer

Date:    February 7, 2007                  Date:    February 7, 2007

[✓]  I concur with the recommendation of the Probation Officer
[ ]  Submit a Request for Modifying the Condition or Term of Supervision
[ ]  Submit a Request for Warrant or Summons

*signature*
Signature of Judicial Officer

2/14/07
Date