PROB 12A
(12/98)

# United States District Court

### for

### Southern District of Ohio

### Report on Offender Under Supervision

FILED
JAMES BONINI
CLERK

07 APR 30 AM 10: 45

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

Name of Offender: **Oscar L Chambers**          Case Number: **1:02CR00166**

Name of Sentencing Judicial Officer:   **The Honorable Sandra S. Beckwith**
**Chief United States District Judge**

Date of Original Sentence: **November 19, 2003**

Original Offense: **Possession of a Firearm by a Convicted Felon, a violation of 18 U. S. C. §§ 922 (g)(1) and 924 (a)(2).**

Original Sentence:   **37 month(s) prison,  36 month(s) supervised release.**
   **Special conditions ordered:**
   1. **Obey all federal, state, and local laws.**
   2. **No firearms or dangerous weapons.**
   3. **No controlled substances.**
   4. **Submit to one drug test within fifteen days of release and at least two periodic drug tests thereafter.**
   5. **Participate in substance abuse treatment.**
   6. **Take all prescribing medications as directed by the prescribing health     care provider.**
   7. **Pay $100 special assessment immediately.**

Type of Supervision: **Supervised Release**          Date Supervision Commenced: **September 7, 2005**

---

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | #1: Chambers has allegedly violated the mandatory supervised release condition which states: " The defendant shall obey all federal, state, and local laws." |

On November 3, 2006, Chambers was stopped by a Cincinnati Police Officer as he drove on the 1900 block of Elm Street. He was warned about driving with a faulty automobile exhaust system. Further investigation revealed that the offender did not have a valid driver's license. Chambers was ordered to appear in the Hamilton County Municipal Court on the charge of Driving without an Operator's License under Docket #: 06TRD54829, November 15, 2006. As the offender failed to report to court that day, a capias warrant was issued. Chambers was arrested on this capias warrant on April 10, 2007. The offender appeared in court on the above charge on April 11, 2007, at which time he pled not guilty and was ordered held in lieu of $1,000-10% bond. Chambers is scheduled to appear in court on April 30, 2007, regarding this case. His attorney is Daniel Might, Esquire.

PROB 12A
(12/98)

2

                    On November 26, 2006, Chambers was stopped by a Cincinnati Police Officer as drove on the 3100 block of Warsaw Avenue. He was observed driving without a front license plate. Further investigation revealed that the offender had driven without wearing a seatbelt and had also driven while under FRA Suspension. He was charged with Driving Under FRA Suspension-Count A; Safety Restraint Violation-Count B; and Unauthorized License Plates-Count C, under Docket #: 06TRD57730. He was represented by Daniel Might, Esquire in this case. He was referred to the Driver's License Intervention Program. Chambers failed to report to this program on January 9, 2007, and a capias warrant was issued for his arrest on January 11, 2007. The offender was arrested on another traffic charge on April 10, 2007, and was thus arrested on the above charge as well as on that date. He appeared in court on these charges on April 11, 2007, and pled not guilty. Chambers is scheduled to appear in the Hamilton County Municipal Court on April 30, 2007, on Docket #:06TRD57730-Counts A, B, and C.

U.S. Probation Officer Action: **As all charges are still pending, the undersigned probation officer is respectfully recommending that no action be taken against Chambers to allow for the final disposition of these charges.**

Respectfully submitted,                      Approved,

by *David J. Backman*            by *John Cole*

**David Backman**                             John Cole

U. S. Probation Officer             Supervising U. S. Probation Officer

Date:    **April 26, 2007**            Date:    **April 26, 2007**

[✓] I concur with the recommendation of the Probation Officer
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons

Signature of Judicial Officer

4/30/07
Date