# United States District Court

## for

## Southern District of Ohio

2007 SEP -4 AM 10: 55

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

### Report on Offender Under Supervision

Name of Offender: **Oscar L Chambers**                                Case Number: **1:02CR00166**

Name of Sentencing Judicial Officer:   **The Honorable Sandra S. Beckwith**
**Chief United States District Judge**

Date of Original Sentence: **November 19, 2003**

Original Offense: **Count One- Possession of a Firearm by a Convicted Felon, a violation of 18 USC §§ 922 (g)(1) & 924 (a) (2).**

Original Sentence: **37 month(s) prison, 36 month(s) supervised release**
**Special conditions ordered:**
1. **Obey all federal, state, and local laws.**
2. **No firearms or dangerous weapons.**
3. **No controlled substances.**
4. **Submit to one drug test within fifteen days of release and at least two periodic drug tests thereafter.**
5. **Participate in substance abuse treatment.**
6. **Take all prescribing medications as directed by the prescribing health care provider.**
7. **Pay $100 special assessment immediately.**

Type of Supervision: **Term Of Supervised Release**       Date Supervision Commenced: **June 7, 2005**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | #1: Chambers has allegedly violated the mandatory supervised release condition which states: "The defendant shall obey all federal, state, and local laws." |
| | On June 15, 2007, Mr. Chambers was arrested by the Cincinnati Police Department on the charges of Aggravated Menacing (A) and Carrying a Concealed Weapon (B). He appeared in the Hamilton County Municipal Court in Cincinnati, Ohio, at which time he was ordered held in lieu of $500 bond on the above charges under Docket #: 07CRB21990. The offender was represented by defense counsel Mr. Frank H. Prouty, Jr., Esquire, in this case. |
| | According to information received by the probation officer, on June 15, 2007, Mr. Chambers became involved in a verbal dispute with a male complainant and pulled a blue knife. Investigating Cincinnati Police Officers found the knife during a search of the scene located inside the offender's temporary residence located at 3490 Vine Street. This officer spoke to an eyewitness at the scene who advised that he would be willing to testify on Chambers' behalf that the |

above complainant has caused similar problems for other residents at the above residence. This witness stated that the above knife in question was a potato peeler that Chambers has used on his landscaping job.

On June 28, 2007, the offender appeared in the Hamilton County Municipal Court on the above charges. He was acquitted on the charge of Carrying a Concealed Weapon and was found guilty of Aggravated Menacing. The offender was sentenced to serve thirty days imprisonment in the Hamilton County Justice Center and was credited with jail time served. He was released from custody at the expiration of his sentence on July 13, 2007.

U.S. Probation Officer Action: **Mr. Chambers served his thirty day sentence in the custody of the Hamilton County Justice Center pursuant to his conviction on the charge of Aggravated Menacing in the Hamilton County Municipal Court. He is continuing to work with his probation officer, his Central Community Health Board case manager, and the staff at the City Gospel Mission to obtain permanent housing. The undersigned probation officer respectfully recommends that no action be taken against Mr. Chambers due to his service of the above sentence and the efforts he is taking to resolve his housing problem.**

Respectfully submitted,     Approved,

by *David J. Backman*     by *John Cole*

**David Backman**     **John Cole**
U. S. Probation Officer     Supervising U. S. Probation Officer
Date:    **August 29, 2007**     Date:    **August 29, 2007**

[✓]    I concur with the recommendation of the Probation Officer
[ ]    Submit a Request for Modifying the Condition or Term of Supervision
[ ]    Submit a Request for Warrant or Summons

Signature of Judicial Officer

August 31, 2007
Date