PROB 12A
(12/98)

# United States District Court

## for

## Southern District of Ohio

## Report on Offender Under Supervision



2007 NOV -5 AM 7: 57

Name of Offender: **Oscar L Chambers**    Case Number: **1:02CR00166**

Name of Sentencing Judicial Officer:    **The Honorable Sandra S. Beckwith**
**Chief United States District Judge**

Date of Original Sentence: **November 19, 2003**

Original Offense: **Ct. 1) Possession of a Firearm by a Convicted Felon, in violation of 18 U.S.C §§ 922(g)(1) and 924(a)(2)**

Original Sentence: **37 month(s) prison, 36 month(s) supervised release**
Special Conditions Ordered: 1. Obey all federal, state, and local laws. 2. No firearms or dangerous weapons. 3. No controlled substances. 4. Submit to one drug test within 15 days of release and at least two periodic drug tests thereafter. 5. Participate in substance abuse treatment. 6. Take all prescribed medications as directed by the prescribing healthcare provider. 7. Pay $100 special assessment immediately.

Type of Supervision: **Term Of Supervised Release**    Date Supervision Commenced: **June 7, 2005**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 : has allegedly violated the mandatory supervised release condition which states: "The defendant shall obey all federal, state, and local laws. | The undersigned probation officer received information in late September 2007 which advised this officer that Mr. Chambers was arrested by the Cincinnati Police Department on September 5, 2007, after allegedly being voluntarily intoxicated in a public place in the presence of children and others and was laying down in a yard and refused to leave. The complaint filed against the offender further stated the offender was allegedly passed out drunk from alcohol and the fire and police departments were called because Mr. Chambers caused alarm to neighbors. |

On September 6, 2007, Mr. Chambers appeared before the Honorable Melissa Powers in Hamilton County Municipal Court on the above charge of Disorderly Conduct - Intoxicating, Annoying, or Alarming Behavior, under docket number: C/07/CRB/34071. The offender pled no contest and was found guilty. There is no other information about this case.

The offender advised this officer that he was definitely not drunk. There was no record of a breathalyzer test result in the official documents in this case. This officer also spoke to the offender's case manager, Ms. Susan Tekolve, at the Central Community Health Board, and Ms. Tekolve says she has checked that the offender is taking his medications. Mr. Chambers told this officer that his medication made him so tired that he fell asleep.

PROB 12A
(12/98)

2

**U.S. Probation Officer Action:**
Mr. Chambers has maintained regular attendance with his mental house counselor, Ms. Susan Tekolve, at the CCHB Agency and is currently participating in the Excel Housing Program for the Mentally Ill where he is awaiting placement in an apartment of his own. He will have a hearing with Social Security for his SSI benefits on November 7, 2007. The offender is in close contact with this officer as well. Mr. Chambers successfully completed the City Gospel Mission Program. The undersigned probation officer respectfully recommends that no action be taken against Mr. Chambers due to the above situation and also due to the efforts he is taking to resolve his housing problem. This officer will begin to take regular urine specimens from Mr. Chambers to determine if he is abstaining from alcohol use.

|  | Respectfully submitted, | Approved, |
|---|---|---|
| by | *David J. Backman* | by *John Cole* |
|  | **David Backman** | **John Cole** |
|  | U. S. Probation Officer | Supervising U. S. Probation Officer |
|  | Date:  **October 29, 2007** | Date:  **October 29, 2007** |

[✓]  I concur with the recommendation of the Probation Officer
[ ]  Submit a Request for Modifying the Condition or Term of Supervision
[ ]  Submit a Request for Warrant or Summons

Signature of Judicial Officer

Date  11/5/07