PROB 12A
(12/98)



# United States District Court

for

## Southern District of Ohio



### Report on Offender Under Supervision

Name of Offender: **Oscar L Chambers**  Case Number: **1:02CR00166**

Name of Sentencing Judicial Officer:  **The Honorable Sandra S. Beckwith**
**Chief United States District Judge**

Date of Original Sentence: **November 19, 2003**

Original Offense: **Count One-Possession of a Firearm by a Convicted Felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2)**

Original Sentence: **37 month(s) prison, 36 month(s) supervised release**

Special Conditions:

**1) Obey all federal, state, and local laws; 2) No firearms or dangerous weapons; 3) No controlled substances; 4) Submit to one drug test within 15 days of release and at least two periodic drug tests thereafter; 5) Participate in substance abuse treatment; 6) Take all prescribed medications as directed by the prescribing health care provider; and 7) Pay $100 special assessment, due immediately.**

Type of Supervision: **Supervised Release**  Date Supervision Commenced: **June 7, 2005**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | The defendant has allegedly violated the mandatory supervised release condition which states, "The defendant shall obey all federal, state, and local laws." |

The undersigned probation officer received information in late November 2007, which advised this officer that Chambers was arrested by the Cincinnati Police Department on November 5, 2007, after allegedly leaving his minor grandchildren unattended, in violation of the child endangerment laws. Complaints filed against the defendant, Docket Number 07CRB42163, charged that in Count A, the offender allegedly left his one year old grandchild unattended on the sidewalk for over five minutes. Count B charged that on or about November 5, 2007, Chambers left his two month old grandchild alone in an apartment for an extended period of time  Count C charged that the offender left his three year old grandchild unattended on a sidewalk for five minutes. Count D charged that Mr. Chambers left his other three year old grandchild alone on a sidewalk for five minutes.

The offender was arrested by the Cincinnati Police Department and then released on his own recognizance on all four counts, and was charged with Child Endangerment under the above Docket Number. Chambers appeared before Hamilton County Municipal Court Judge Heather S. Russell on November 27, 2007, and pled not guilty to all counts.

PROB 12A
(12/98)

2

U.S. Probation Officer Action:

The undersigned probation officer recommends that no action be taken against Chambers to allow for the final disposition of this case. This officer will not hesitate to recommend either revocation of supervised release or a modification of supervised release to include a special condition for electronic monitoring should the offender be convicted of the above charges.

|  | Respectfully submitted, |  | Approved, |
|---|---|---|---|
| by | *David J. Backman* | by | *Mark R. Crawford for* |
|  | **David Backman** |  | **John Cole** |
|  | U. S. Probation Officer |  | Supervising U. S. Probation Officer |
|  | Date:   **November 30, 2007** |  | Date:   **November 30, 2007** |

[✓]   I concur with the recommendation of the Probation Officer
[ ]   Submit a Request for Modifying the Condition or Term of Supervision
[ ]   Submit a Request for Warrant or Summons

_____
Signature of Judicial Officer

12/10/07
Date