PROB 12B
(12/90)

## United States District Court

for

### District of Southern Ohio

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: **Oscar L Chambers**                     Case Number: **1:02CR00166**

Name of Sentencing Judicial Officer:    **The Honorable Sandra S. Beckwith**
                                        **Chief United States District Judge**

Date of Original Sentence: **November 19, 2003**

Original Offense: **Count One-Possession of a Firearm by a Convicted Felon, a violation of 18 U. S. C. § § 922(g)(1) and 924(a)(2).**

Original Sentence: **37 month(s) prison, 36 month(s) supervised release.**
**Special Conditions Ordered:**
1. Obey all federal, state, and local laws.
2. No firearms or other dangerous weapons.
3. No controlled substances.
4. Submit to one drug test within 15 days of placement on supervised release and at least two periodic tests thereafter.
5. Participate in substance assessment and treatment as directed by the USPO. This treatment may include testing to determine if the offender has reverted to drug use.
6. Take all prescribed medications as directed by the prescribing health care provider.
7. Pay $100 special assessment.

Type of Supervision: **Term Of Supervised Release**          Date Supervision Commenced: **June 7, 2005**

---

### PETITIONING THE COURT

[ ]   To extend the term of supervision for years, for a total term of years.
[X]   To modify the conditions of supervision as follows: **The supervised releasee shall serve a 90 day term of electronically monitored home confinement. The daily cost of monitoring shall be waived due to the defendant's financial situation.**

### CAUSE

On December 17, 2007, Mr. Chambers appeared in the Hamilton County Municipal Court on four counts of Child Endangerment under Docket #: 07/CRB/42163A,B,C,D. Counts B, C, and D were dismissed. The offender pled guilty and was found guilty of the amended charge of Disorderly Conduct under Count A and was fined $50. This conviction occurred only three months after a conviction for Disorderly Conduct in the above court under Docket #: 07/CRB/34071 on September 6, 2007.

PROB 12B
(12/98)

2

On January 14, 2008, this officer met with Mr. Chambers to discuss the proposed modification. This officer explained his rights to counsel and a modification hearing in detail. Chambers stated he understood his rights completely, and wanted to waive those rights because he was in agreement with the addition of the condition. He then signed the waiver form.

Mr. Chambers' attorney, Mr. Richard Smith Monahan, Esquire, advised the probation officer that he had no objection to the proposed modification.

Based on these factors, this officer respectfully recommends the Court grant the proposed modification.

Respectfully submitted,

by *David J. Backman*

**David Backman**
U. S. Probation Officer
Date: **January 16, 2008**

Approved,

by *Mark R. Frame for*

**John Cole**
Supervising U. S. Probation Officer
Date: **January 16, 2008**

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

Date 1/17/08

PROB 49

# UNITED STATES DISTRICT COURT
## Southern District of Ohio

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel" I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing. I also understand I have the right to contact an attorney prior to signing this waiver.

I hereby knowingly and voluntarily waive my right to consult an attorney before signing this waiver and I knowingly and voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

That the conditions of supervised release be amended to include the addition of a special condition that requires Mr. Chambers to serve a 90 day term of electronically monitored home confinement. The daily cost of electronic monitoring shall be waived due to the defendant's financial situation.

Witness: *David J. Bachman*
U.S. Probation Officer

Signed: X *Oscar Chambers*
Probationer or Supervised Releasee

January 14, 2008
DATE