PROB 12C
Rev 2/03: CHAMBERS, Oscar L.



# United States District Court

## for

## Southern District of Ohio

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: **Oscar L Chambers**                        Case Number: **1:02CR00166**

Name of Sentencing Judicial Officer:     **The Honorable Sandra S. Beckwith**
                                         **Chief United States District Judge**

Date of Original Sentence: **November 19, 2003**

Original Offense:    **Count One-Possession of a Firearm by a Convicted Felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2)**

Original Sentence:   **21 month(s) prison, 36 month(s) supervised release**

Special Conditions:  **1) Obey all federal, state, and local laws;**
                     **2) No firearms or dangerous weapons;**
                     **3) No controlled substances;**
                     **4) Submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter;**
                     **5) Participate in substance abuse treatment;**
                     **6) Take all prescribed medications as directed by the prescribing health care provider;**
                     **7) Pay $100 special assessment, due immediately**

Type of Supervision: **Supervised Release**                   Date Supervision Commenced: **June 7, 2005**

Assistant U.S. Attorney:                                      Defense Attorney:
**Anthony Springer, Esq.**                                    **W. Kelly Johnson, Esq.**

## PETITIONING THE COURT

[X]   To issue a detainer warrant as Chambers is currently in state custody at the Hamilton County Justice Center in Cincinnati, Ohio in lieu of $15,000 bond.
[ ]   To issue an Order to Appear and Show Cause
[ ]   To grant an exception to revocation without a hearing.

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | Chambers has allegedly violated the mandatory condition of supervised release which states, "The defendant shall not commit another federal, state, or local crime." |// 
|  | Chambers was initially cited for Assault on March 13, 2008, in Cincinnati, Ohio pursuant to an incident that occurred within that jurisdiction on or about February 28, 2008. Information received by the probation officer indicated that on or about February 28, 2008, the offender allegedly took some items and the male complainant asked him to return them to him. When the offender returned to the complainant's apartment in the same building as the offender lived, Chambers and the complainant argued and the offender allegedly |

with a knife and a broom. The complainant stated that Chambers hit him with the broom on his arms and legs leaving bruises. It should be indicated that this incident was initially referred to the Hamilton County Municipal Court Private Complaint Mediation Service Warrant Referral Department for the Assault charge. The offender initially appeared for this mediation effort on March 13, 2008. However, the case was unresolved through mediation and a criminal warrant was lodged against the offender on the charge of Assault on April 4, 2008, Docket Number 08CRB8230. The offender was arrested on that date and appeared before the Honorable Heather Russell in Hamilton County Municipal Court on April 5, 2008, at which time he was released on a $1,000-10% cash bond and was ordered to stay away from the victim.

On April 7, 2008, a female complainant advised the Cincinnati Police Department that Chambers said that he was going to kill her at least twice over a two day period and would allegedly not leave her alone. She was very fearful of him because of his previous violent behavior. A criminal Complaint was filed against Chambers on the charge of Domestic Violence regarding this incident in which he knowingly made threats to cause serious physical harm to the victim and stated that he wanted to kill her. The victim further advised in an Affidavit that on April 4, 2008, Chambers came to her home and was very upset and said he was going to kill her and that he asked her to kiss his pants. On April 7, 2008, they were at the Allen Care Center for a meeting with a physician and the offender came into the meeting and allegedly told her to her face that he wanted to kill her again. A warrant was issued for the offender's arrest and on April 13, 2008, Chambers was arrested on this charge for Domestic Violence under Docket Number 08CRB11339. Chambers next appeared in Court for a bond hearing on April 14, 2008, and was ordered eligible for $15,000-10% bond.

On April 13, 2008, the offender was also charged with Possession of Marijuana, Docket Number 08CRB12014, as while he was being arrested on April 13, 2008 for the Domestic Violence charge, arresting officers located marijuana in Chambers's left coat pocket.

This officer is becoming increasingly concerned about Chambers's Domestic Violence and Assault charges within a short period of time, and this officer fears that the offender is now presenting himself to be a true threat to the physical safety of the community.

U.S. Probation Officer Recommendation:

The term of supervision should be
- [X] Revoked.
- [ ] Extended for years, for a total term of years.
- [ ] Continued based upon the exception to revocation under 18 USC 3563(e) or 3583(d)
- [ ] The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **April 15, 2008**

David Backman
U.S. Probation Officer

Approved,

by

John Cole
Supervising U.S. Probation Officer
Date:   **April 15, 2008**

PROB.12C
Rev 2/03. CHAMBERS, Oscar L.                                                                 3

THE COURT ORDERS:

[ ] No Action
[X] The Court finds that there is probable cause to believe the defendant has violated the conditions of his/her probation/supervised release and orders the Issuance of a Warrant for his/her arrest.
[ ] The Issuance of an Order to Appear and Show Cause
[ ] The Court finds the defendant can benefit from continued substance abuse treatment and grants an exception to revocation. The supervision term of the defendant is continued under all original terms and conditions.
[ ] Other

_(signature)_
Signature of Judicial Officer

April 15, 2008
Date