UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.

OSCAR L CHAMBERS,
    Defendant.

Case No. __1:02cr166__
(Hogan, MJ ; J. Beckwith)

**CRIMINAL MINUTES before**
**Magistrate Judge Timothy S. Hogan**

Courtroom Deputy: **Arthur Hill**
Court Reporter: **Official Reporter,** Luke Lavin
Date/Time: **September 4, 2008 at 1:30 PM**

United States Attorney: _Richard Cherry_ Defendant Attorney: _Richard Smith-Monahan, AFPD_

*Initial Appearance Hearing on [] Complaint; [] Indictment; [] Information; or [X] petition for probation / supervised release [] Rule 5(c)(3) out of _____; [] pretrial release violation; [] Other matters*

[X] Counsel present
[X] Defendant informed of his / her rights
[X] Defendant provided copy of charging document
[ ] Government moves for defendant to be detained pending detention hearing _____
[ ] Financial affidavit presented to the Court/Defendant
[X] Counsel appointed.  [X] FPD  or _____ CJA

*Detention Hearing:* [X] Defendant to be detained pending trial pursuant to pretrial detention order
Plaintiff Witness _____ Defendant Witness _____
[ ] OR   [ ] Secured with _____ [ ] Electronic Monitor [ ] Other _____
Special Conditions of Release: [ ] Pretrial/Probation Supervision [ ] Drug testing & Treatment [ ] maintain employment & verify
[ ] refrain from alcohol [ ] narcotic drugs unless prescribed [ ] use of firearms [ ] Travel Restricted to _____
[] _____ [] _____ [] _____ [] _____
*Preliminary Exam:* [ ] Probable Cause found; [ ] not found; [X] waived; [ ] bond continued/denied
AUSA Witnesses: _____ Defendant Witnesses: _____

AUSA Exhibits: _____ Defendant Exhibits: _____
[ ] Preliminary Exam Hearing set _____
[ ] Case to proceed before the Grand Jury
[ ] Case set for Arraignment _____

*Arraignment on [] Indictment or [] Information or [] Superseding Indictment:*
Defendant waives reading of: [ ] Indict   [ ] Info  [ ] Indict Read   [ ] Info Read
Defendant pleads:   [ ] GUILTY   [ ] NOT GUILTY
[ ] Case referred to Probation Department for Presentence Report
[ ] Sentencing set for _____
[ ] Case to proceed before Judge _____
[ ] Statement of Agent _____

*Removal Hearing (Rule 40):*
[ ] Defendant waives Identity Hearing. [ ] Defendant waives Preliminary Examination
[ ] Commitment to Another District Ordered (Rule 40), remove to _____
[ ] Case set for a _____
[ ] Statement of Agent _____

Remarks: _Case cont'd to J. Beckwith_