# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

                                  Case No. ___1:02cr166___

      v.                            (Hogan, MJ.)

OSCAR L CHAMBERS,

      Defendant.

## ORDER APPOINTING COUNSEL

    The Defendant has filed with this Court a financial affidavit which shows his/her inability to retain counsel.

    Therefore, the Federal Public Defender, 2000 URS Building, 36 East Seventh Street, Cincinnati, Ohio 45202,  513-929-4834, is hereby appointed to represent the Defendant in this matter, or is directed to appoint counsel from the Court's Criminal Justice Act Panel (CJA).

    IT IS SO ORDERED.

Date 9/4/2008

bac    September 4 2008

Timothy S. Hogan

United States Magistrate Judge

cc: USAO / USPTS / USPO / USMS (Fax 684-6397 / CNSL /