# United States District Court

__Southern__ DISTRICT OF __Ohio (Western Division)__

UNITED STATES OF AMERICA

v.

__Oscar L. Chambers__

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: __1:02cr166__

I, __Oscar L. Chambers__, charged in a (complaint) (petition) pending in this District with __Supervised Release Violation__ in violation of Title __18__, U.S.C., __3583__, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_Oscar Chambers_
Defendant

__9/4/08__
Date

_[signature]_
Counsel for Defendant