AO 442   (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

Southern _____ District of _____ Ohio

UNITED STATES OF AMERICA

V.

Oscar L. Chambers
c/o Hamilton County Justice Center

**WARRANT FOR ARREST**

Case Number: 1:02-cr-166

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ OSCAR L. CHAMBERS _____
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complain  Order of court  Violation  X Probation Violation Petition

charging him or her   (brief description of offense)

See Petition attached

in violation of _____ United States Code, Section(s) _____

Mary C. Brown
Name of Issuing Officer

*(signature)* Mary C. Brown
Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

April 16, 2008 at Cincinnati, Ohio
Date and Location

Bail fixed at $ _____ by _____
                                   Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at Hamilton County Justice Center |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 9/4/08 | Brian Hilsinger | *(signature)* B. Hilsinger |
| DATE OF ARREST | Deputy U.S. Marshal | |
| 9/4/08 | | |

AO 442   (Rev. 12/85) Warrant for Arrest