AO 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

Southern _____ District of _____ Ohio

UNITED STATES OF AMERICA

V.

Oscar L. Chambers
c/o Hamilton County Justice Center

**WARRANT FOR ARREST**

Case Number: ~~1:08-cr-16~~ 1:02-CR-166

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ OSCAR L. CHAMBERS _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☐ Complain  Order of court  Violation  X Probation Violation Petition

charging him or her (brief description of offense)

See Petition attached

in violation of _____ United States Code, Section(s) _____

Mary C. Brown
Name of Issuing Officer

[signature]
Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

June 3, 2008 at Cincinnati, Ohio
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at Hamilton County Justice Center |

| DATE RECEIVED 9/4/08 | NAME AND TITLE OF ARRESTING OFFICER Brian Hilsinger (DUSM) Deputy US Marshal | SIGNATURE OF ARRESTING OFFICER [signature] B-Hils |
|---|---|---|
| DATE OF ARREST 9/4/08 | | |

AO 442 (Rev. 12/85) Warrant for Arrest